Good morning. May it please the court, John Barton on behalf of the appellant Everardo Mendoza. I'd like to reserve three minutes for rebuttal. Thank you. The issue before this court is whether appellant was entitled to the safety valve at sentencing. The only requirement of the safety valve that was in dispute was whether appellant had more than one criminal history point. The court found that he in fact had two criminal history points based on a 2010 LA Superior Court case for possession of drugs. And I take it from the briefing, nobody disputes that the crime for which your client was sentenced was committed while he was on this deferred judgment program. The only question in dispute is whether or not the eventual dismissal of the complaint and the conviction in that case entitles your client to the safety valve, right? That is correct. I mean, factually, at the time this crime was committed, he was on this diversionary... Right, and nobody disputes that would qualify him for the two points. You're saying he fits within the exception because the charges were the same? The guidelines specifically address issues in which certain cases should not be counted. Specifically, or expressly, they provide at 4A1.2 Commentary 6, that in the event that there were errors of law or constitutionality issues, that those priors should not be counted. Is there anything in this record from which we can conclude there were errors of law or constitutionality issues? I've read the whole docket sheet, and here's what appears to me. The state dismisses this case, and all the docket entry says is dismissed under prosecutor's motion, right after your client is indicted for the crime for which he's now, for which we're in front of us. And on the day, I think, that he's transferred to federal custody, the charges were, the federal charges were exactly the same as some pending state charges, which the state also dismissed on the same day. So why don't we just, how can we read from this that the dismissal was because of errors in law or constitutional problems? It looks on the face of it like a We don't need to run a diversionary program on him anymore. Well, that is, might be an interpretation, and certainly that on the face of it, I would call that pure speculation because Well, it is, and so that's my question. Whose burden is it to show that you fit within, it's a safety valve. I would think it would be the burden of the defendant to show you fit within it. I think this court has held that is, in fact, the burden of the defendant by preponderance of evidence to a qualification for the safety valve. And I think that we have far met that burden. And let me just tell you where the errors of law occur. As pointed out in the docket. So you're admitting the burden, and yet you're saying that a reading such as Judge Hurwist has given to the record is unreasonable? I'm saying it's speculation. You said speculation, but I guess now we're looking at the burden of proof. What is your burden? You have to prove that by preponderance, don't you? Yes, we do. And so therefore, if in fact one sees a reasonable reading of the record, why is that not enough? Well, I respectfully disagree that it's a reasonable. You don't think it's reasonable what he just said to you? No, I don't. Not based on this record. I think that it's speculation to come to that conclusion. So what in this record gives us reason to believe that this was a dismissal fitting within the safety valve? Well, the first incident occurs early on in this record on July 6th, where the deferred entry of judgment was terminated and criminal proceedings were reinstated. Now clearly that was an error of law. The penal code section 1000 requires the prosecutor to make a motion. Instead of just concluding that he is convicted, they process... Well, but just a minute. The California Penal Code 1000.3 says the court on its own may make a motion of an entry of judgment and the court shall render a finding of guilt to the charge or charges pled, enter the judgment and schedule a sentencing hearing. Well, they should make, they shall make a motion for entry of judgment. That wasn't done here. The motion... No, no. It may make a motion. It's what it says. California Criminal Code 1000.3 may make a motion on its own and the court shall render a finding of guilt to the charge of charges, enter the judgment and schedule a hearing. That's what happened here. Well, in fact, first there was no scheduled hearing with respect to the entry of the judgment. They entered the judgment. No hearing was scheduled. Then... Well, but just a minute. Let's go back to the record. What did it say happened there? Well, what it says is that the judgment was reinstated the criminal proceedings. And as I understand it in these kinds of proceedings, where we have this deferred entry of judgment, if you will, convicted on the case bench warrant issued. Okay. And then what happens next is there are three separate non-pronk-tonk orders placing into question what sort of proceedings were taking place and what were they fixing? What were they trying to change that mistake they made in the past? Well, what are the three? Because I read the record pretty carefully. I see one up there on September 24th, which is before this. I see one after on March 27. Where's the other one? Your Honor, there's one... I only saw one after. That's on March 27. That's correct. There's the one on March 27th would be the second one. But the first one was before this all happened. It's on September 24th. That's correct. So I don't know that it has anything to do with it. And I didn't find any way either one of you could say what that was about, except it appeared to me that the minute entry in that action didn't properly reflect everything the court did, and so it was amended to try to put it together. But I'm still trying to find the three thereafter you say. Well, there were three told, Your Honor. Where's the third? Well, let's see. You've got one on the October, excuse me, September 28th. September 24th. Yes. One on, I read it pretty closely, March 27th. Where's the other one? The next one... I didn't find another one. Your Honor, I'll find that and bring it to the court's attention during rebuttal. But go back, put aside what's there. We can all look at what's there. My question is still, what error of law led to the dismissal of the charges? Your client pleaded guilty to the crime. He was given a deferred judgment. No doubt he didn't complete the deferral because of what happened to him in this case. So aside from just looking at the minute entries and trying to divine something from them like that led to the eventual dismissal. I just can't find any error. I mean, wholly apart from speculating. I'm speculating to come up with an error. What was the error? Well, Your Honor, I think the first error was convicting him without the proper hearing. Okay. And then they did away with that. All right. And so he was still, even if they convicted him without the proper hearing, the court non-protuncts it. And then you've got a deferred judgment still. He puts it back on and says, we're going to hold this off until the other charges go away. And then when the other charges come along, the state says, we're not going to pursue it anymore. So what would have entitled your client to have the charges dismissed? You're telling me what would have entitled them to have the conviction taken off and him put back on deferred judgment. But what would have entitled him to have the charges dismissed? There are a lot of things that could entitle. For example, the government could have found that the underlying drugs were not sufficient. Oh, of course. They could have found a lot of things, but your client pleaded guilty to the offense. And so they didn't have to go to court to prove it. And now you said I was speculating, and perhaps you're right, but you're really speculating now, aren't you? No, I don't think so, because we have a docket of minute orders that indicate that the government dismissed this matter. Now, yes, the timing indicates that it was prior to him, just prior to him being taken into federal custody. And just after being indicted on federal charges. That's correct. But all day long in this state, in this district, they continue with diversionary hearings after people have been indicted. There was no reason why they had to dismiss that case. Well, the judge kept postponing the hearing, right? That's correct. There's a whole series of minute entries saying I'm not going to have the diversionary hearing until the other state charges are disposed of. Well, I don't think there was any indication... Well, he said it would trail, the minute entries say it would trail the second state drug case. It does say that. But I think that there are a number of errors in the docket which would that they were not going to proceed. And I think the errors are there. I think the non-protunct and the continued revision of the docket indicates that there were some procedural errors. Which of the non-protuncts do you think indicates the error? Well, there's the one... There's only two of them that I can find. Only two of them. So which one? One of them is way before any of this. It's way before on September 24th. Is it 3-27-12? And frankly, the March 27th is the one which says, right, it says deferred judgment remains terminated, non-protunct reported, entries are erroneously entered under limited jurisdiction. The only thing I saw. And that's correct. And I have no idea what that means. Well, but the problem is that... It looks like the judge's error in his order. That's what he's saying. I entered the wrong order, let me fix it. If there's any error at all, it's up there on July 6th, where it says convicted on the case, whereupon everyone from that time forward, I think the non-protunct goes to that. This is a deferred entry of judgment. That's all we've got. And if you made an error there, the non-protunct amended it. And now I got nothing except that. And then I get clear down to June 2018. Deferred entry of judgment reinstated. The issue's moved in any event. Well, your honor, I respectfully disagree. I think... I know you disagree. I'm just trying to figure out why. It isn't a matter to say you disagree. Give me a good answer why I'm wrong so I can look at it. Usually a non-protunct order will be very specific with respect to what date they're trying to fix the order or fix an event, why that event was an error, and the correct... So the docket correctly reflects what occurred on that date. We don't know from looking at this what the judge was trying to fix on what date... And therefore, I have a tough time suggesting that you can, on a preponderance of the evidence with the burden, say you win. If the government had the same problem, I think they'd be in the same boat you are. Thank you. I'm out of my time. And if there's more questions, I'm just trying to reserve a few minutes for rebuttal. Well, you've gone over, so... Thank you. May it please the court, Sandy Liao on behalf of the United States. Maybe you'd like to save some of your time and give it to the opposing counsel for this rebuttal. We'll see. He didn't say no, but she didn't say, oh, you bet, Judge Reinhart. We'll think better of you if you do. The district court correctly calculated defendant's criminal history and found two points for committing the instant offense while on a deferred entry of judgment. He was subject to state, to participate in a drug treatment program. The defendant was convicted in November 2010 of possession of drugs. Eight months later, he... And I think you can tell us that, but you don't really need to. We've got the chronology straight. The only issue in this case is what do we make of the dismissal by the state at the end of it? Does that put him in the safety valve or doesn't it? It doesn't. I think that the chronology is key here because it tells you what was going on. He was initially picked up for the instant offense by the state. He was charged and he... Was held for about a year on that offense. Held for about a year. There are 17 continuances in this conviction record, all related to trailing the case for the other case. Trailing the state case. Just trailing the second state case, if you will. Exactly. And as soon as the federal government indicted June 6th, 12 days later, June 18th, they dismissed the state cases related to the same conduct. And then the DA moves to terminate the proceedings in this case. There was a deferred judgment in the other case, in the case at issue. What was the potential sentence? And do we know from this record? I don't believe we know from this record. Okay. But I think that... It must have been relatively minor compared to the other offenses. That's what I'm... Compared to this where he was initially facing... In California, is it a deferred judgment or withheld judgment? In other words, is it a judgment you can get and it's already been pronounced? Or is it a judgment, or is it a situation where they don't tell you what you can get, they just defer it out? I honestly am not sure on that. He received a deferred entry for three years. If he completed the program, it would have been diverted, but instead he violated, I believe... It looks like from the record, from the chronology, what's going on is they decided he was facing a 10-year mandatory minimum with the federal charges and they allowed him to go... That's my reading of it, but as counsel says, it's... There's no... I'm speculating a little bit. Is there any... Can you give us any more help about how we get there? Well, to the extent that counsel alleges any type of errors in the record, the errors, the conviction, where it stated conviction earlier on, all of that ceased to exist when the judge reinstated him on the diversion on June 18th. He's back on despite violating. If he completed the diversionary program and the charges were then dismissed, would a person like that qualify for the safety valve? No, he would still have... He'd be in the same position. Because the charges have to be dismissed for some other reason. Exactly. It would be a windfall today if he were to somehow not have two criminal history points, because had he completed the program he would receive two, had he violated, he would have been convicted and received two. Either way, we would be in the same position. The only way he doesn't get two criminal history points is if there was some constitutional defect, something like that, but we don't see that on the record. There's nothing in the record to indicate this. Are there... They're not in the record in front of us. Are there transcripts from when the charges were dismissed? Or were they simply dismissed by motion? It appears from what we have in this record that it's just based on motion, but I have not reviewed the transcripts of the state proceeding to determine that. And again, it is defendant's burden if he wants to seek safety valve eligibility. We don't have that here today. And defendant was represented in the state proceeding the entire time, and you don't see anything indicating that his defense counsel is objecting to any of the proceedings that are going on. He just had his case essentially terminated so he can move on to his federal case. Are you saying that the law is that as long as you're in the deferred judgment program, that judgment applies, but if you were to get out successfully, it would not apply? No, I believe it would apply no matter what. He would receive two criminal history points no matter what, had he completed it or not completed it. Because the points occur for committing the crime while on the program. Exactly. What if he completed... What if he committed the crime after the program was over? He would not be under a criminal justice sentence at that point. But it's clear, and the parties agree, that he was definitely on a criminal justice... He was definitely on a deferred entry of judgment program at the time he committed the instant offense. If the court has any further... What was the status of the conviction at the time he committed the offense? At the time he committed the instant offense, he was on the deferred entry program, taking part in a drug treatment program. No judgment of conviction had yet been entered. It gets entered if you screw up. If you screw up, exactly. I'm sorry, it's a legal term. Exactly. If you screw up, then you're before the court, you're brought in, and you will face being convicted. You've already entered your guilty plea. And was the conviction ever invalidated? Not from this record. I do not believe the conviction was invalidated. Initially, it indicated that he was convicted. But subsequently, on June 18th, the state court put him back on the diversion program, despite him having clearly violated. Does that affect the question of whether he was convicted? Well, he wasn't convicted in the sense that he was... He's subject to a deferred entry of judgment, which counts for criminal history because it results from an admission of guilt. Did the district judge in this case correctly not impose the one point for conviction? I don't believe so. I think the court should have imposed that one point. But at least in this case, the judge said, I'm not going to treat this as a conviction because the state later moved to set it aside, and I don't know what I'm supposed to do with that. He didn't indicate set aside, but he said because... Right. He said, I just don't know what to do with it, so I'm not going to count it. And in the end, it wouldn't have mattered because he's in criminal history category two, which is two to three points. Is there an actual conviction before you put on the deferred program? No, there is not. There's no conviction until after that? There's no conviction if you complete the program successfully. But there is a plea. You've pled guilty. They just don't enter it if you do good on the deferred program. Exactly. And the guidelines address this in application note nine. These are included as well as regular convictions. Then why did he say he should have gotten a point for the conviction if it wasn't? I guess I referred to it loosely as a conviction, but he should have received a point for this because diversionary sentences are included and treated like convictions. Well, you mean a point in addition to the point he received? I think that was the question. A point in addition to the two points. And that's not in front of us. The judge in this case said, I'm not sure you get a point for that, so I'm not going to give you one. Correct. Right? I'm not sure he was wrong. Thank you. Thank you. Give you a minute. You're over more than three minutes. Thank you. I'll be very brief. To answer your question, the 11-377, the charge that was the diversion charge under the state of California, I believe has a three-year maximum penalty. Well, that's why I thank you for answering that. That's why I wonder, the state has arrested your client on a drug charge. The feds have decided to indict on it. The state knows he's facing 10 years on that one. Would it be reasonable at that point to say, well, we have to dismiss our drug charge because the feds are proceeding. We'll dismiss this other one too. Sometimes prosecutors do that. Sometimes prosecutors don't do that. We don't know what they did in this situation. We do know that he ended up getting 46 months. He probably would have gotten a stiffer sentence had that case continued to be prosecuted. Remember, the entry of- Let me ask you another question because you just prompted me. He pled guilty to 11-350A and placed on a deferred judgment for a period of three years. Is this an idea that he was placed on the deferred judgment for the maximum amount of time? The answer is that they normally put him on three years of supervised release under PC-1000. But if you violate, can you get more than the three years? Or is the judge limited to giving you the three years? Well, the answer to the question is I don't think they can give him more than the maximum. Which would have been three? My understanding is 11-350A. They put him on a deferred judgment for less? Yeah, I guess they could, but honestly, off the top of my head, I don't know if the statute allows them to. But I guess they could give him less time if they wanted. So the answer to your question, I think what's important is that at the time the court reentered the deferred judgment and then dismissed because they couldn't dismiss this conviction. They took it a two-step process. And I think that the clouded record, the fact that the trial judge or the sentencing judge concluded that that one point for conviction wasn't sufficient. It's hard for a logical conclusion to say, well, therefore, we should conclude that the probationary sentence should be used against him. Thank you. Thank you. The case is there. It will be submitted.
judges: Reinhardt, Smith, Hurwitz